# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>JONI CARBULLIDO,<br><br>Defendant. | 8:04-CV-589<br><br>**ORDER GRANTING STIPULATED REQUEST FOR EXTENSION OF CERTAIN DISCOVERY RESPONSE DEADLINES AND THE DEADLINES FOR ADDING PARTIES AND AMENDING PLEADINGS** |

Now pending before the court is the parties' Stipulated Request for Extension of Certain Discovery Response Deadlines and the Deadlines for Adding Parties and Amending Pleadings (Filing 15). For good cause shown, the court finds that the stipulation should be approved and adopted.

**IT IS ORDERED** that the Stipulation is granted. Defendant shall have until May 9, 2005 to serve her responses to Plaintiffs' Interrogatories and Requests for Production of Documents, and all parties shall have until May 13, 2005 to move to amend their pleadings and/or add parties.

**DATED May 5, 2005.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**