# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BMG MUSIC, et al.,** | )<br>) |
| **Plaintiffs,** | )  8:04CV589<br>) |
| v. | )  **ORDER**<br>) |
| **JONI CARBULLIDO,** | )<br>) |
| **Defendant.** | )<br>) |

This matter is before the court on the "NOTICE OF WITHDRAWAL OF COUNSEL ON BEHALF OF PLAINTIFFS" (#26) filed by attorney Chad R. Anderson announcing that "Faegre & Benson LLP is withdrawing as counsel for the Plaintiffs in the above-captioned action, with their consent, effective immediately." The court construes this document as a motion for leave to withdraw pursuant to NEGenR 1.3(f), which provides:

> **(f) Withdrawal of Appearance.** An attorney who has appeared of record in a case may withdraw upon a showing of good cause, but will be relieved of applicable duties to the court, the client, and opposing counsel only after filing a motion to withdraw with the court, providing proof of service of the notice on the client, and obtaining the court's leave to withdraw.

Because the record shows that Jane J. Bartley of Shook, Hardy & Bacon LLP has entered an appearance as substitute counsel (#24), I find that the motion should be granted.

**IT IS ORDERED** that the motion for leave to withdraw (#26) is granted. Chad R. Anderson and the law firm of Faegre & Benson LLP, including (co-counsel Kimberly J. Walker) are given leave to withdraw as counsel for the plaintiffs.

**DATED June 8, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**